Cite as 2020 Ark. 404

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDED ADMINISTRATIVE PLAN FOR THE SECOND JUDICIAL CIRCUIT AND SECOND AMENDED ADMINISTRATIVE PLAN FOR THE TWELFTH JUDICIAL CIRCUIT | **Opinion Delivered:** December 3, 2020 |

## PER CURIAM

Administrative Order No. 14 requires an administrative plan to facilitate the best use of the available judicial and support resources within each circuit so that cases will be resolved efficiently and promptly. Pursuant to Administrative Order No. 14, an amended administrative plan has been submitted by the Second Judicial Circuit. The amended administrative plan has been approved as submitted and will take effect January 1, 2021.

Additionally, a second amended administrative plan has been submitted by the Twelfth Judicial Circuit. The second amended administrative plan has been approved as submitted and will take effect January 1, 2021.